Stephen G. Wilcox
State Bar Number 21454300
WILCOX LAW, PLLC
P.O. Box 201849
Arlington, TX 76006
(817) 870-1694 Telephone
swilcox@wilcoxlaw.net
ATTORNEY FOR PERITUS PORTFOLIO SERVICES, LLC AS SERVICER FOR MEI, INC.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMISHA DEWBERRY, | § | CASE NO. 21-32075-SGJ-13 |
| DEBTOR. | § | |
| | § | |
| | § | |
| PERITUS PORTFOLIO SERVICES, LLC | § | |
| AS SERVICER FOR MEI, INC., | § | A Hearing on the Motion for Relief from |
| | § | the Automatic Stay or, in the Alternative, |
| MOVANT. | § | Request for Adequate Protection and |
| | § | Motion to Terminate the Co-Debtor Stay |
| VS. | § | set: |
| | § | |
| JAMISHA DEWBERRY | § | **MAY 12, 2022 AT 1:30 PM** |
| AND JEREMY DEWBERRY | § | |
| RESPONDENTS. | § | |

**AFFIDAVIT**

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF DALLAS | § |

Before me, the undersigned authority, on this day personally appeared the undersigned Affiant, who being by me duly sworn, on oath stated:

1.    "My full name is _GARY PERDUE_ ."

2.    "I am an authorized representative for Peritus Portfolio Services, LLC as servicer for MEI, Inc. ("Peritus") and I have the care, custody and control of all records concerning the account of Jamisha Dewberry and Jeremy Dewberry. All facts recited herein are within my personal knowledge and are true and correct."

3.    "To gain the information necessary to make this affidavit, I have reviewed the account information and file maintained by Peritus with respect to the customer. Further, by virtue of my position with Peritus, I am knowledgeable about the methods of document preparation by it. The documents identified as business records in this Affidavit are memorandums, reports, records, or data compilations, of acts, events, conditions, or opinions, made at or near the time, by or from information transmitted by a person with knowledge, and are kept in a course of a regularly

conducted business activity of Peritus, and it was the regular practice of that business activity to make the memorandum, report, record or data compilation."

    4.    "These records indicate that by virtue of a Vehicle Retail Installment Contract dated March 17, 2020, and a Certificate of Title, Peritus is a secured creditor with a lien on a 2015 Nissan Altima, Vehicle Identification Number 1N4AL3AP4FN331402."

    5.    "The books and records of Peritus indicate that as of April 6, 2022, the net contractual balance owed to Peritus was $9,914.05.  The bi-weekly payments on the account are $210.00.  The last payment on the account was January 21, 2022. Total arrears as of April 6, 2022 were $1,322.00."

    FURTHER, AFFIANT SAYETH NOT.

BANKRUPTCY ADMINISTRATOR FOR
PERITUS PORTFOLIO SERVICES, LLC AS
SERVICER FOR MEI, INC.

SUBSCRIBED AND SWORN TO BEFORE ME on this the 14th day of
April , 2022.

NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS

Printed Name: R. Edwards

My Commission Expires:
01.18.2024

**NOTARY SEAL**
8202-00435-543250

RHONDA EDWARDS
Notary Public, State of Texas
Comm. Expires 01-18-2024
Notary ID 126380986

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Affidavit was served by FIRST CLASS MAIL, POSTAGE PRE-PAID on:

Jamisha Dewberry
10911 Woodmeadow Parkway, No. 1203
Dallas, TX 75228

Jeremy Dewberry
1650 John West Rd., No. 1333
Dallas, TX  75208

and by ELECTRONIC FILING on:

Nicholas Inman
860 Airport Frwy., Suite 401
Hurst, TX 76054

Thomas Powers
105 Decker Ct., Suite 1150
Irving, TX 75062

U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242-1496

on April 14, 2022.

/s/ Stephen G. Wilcox
Stephen G. Wilcox

8202-00435