**Office of the Standing Chapter 13 Trustee**
**105 Decker Ct**
**Suite 1150 11th Floor**
**Irving, TX 75062**
**(214) 855-9200 / (214) 965-0757 (Fax)**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

IN RE:                                                          Case No: 21-32075-SGJ-13
JAMISHA MARIE DEWBERRY
                    Debtor                                 Pre-Hearing Date: August 11, 2022

### Notice of Pre-Hearing Conference and Hearing on
### "Trustee's Recommendation Concerning Claims, Objection to Claims and Plan
### Modification (if required)"

TO:      ALL PARTIES IN INTEREST

A pre-hearing conference with the Chapter 13 Trustee concerning the Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) ("TRCC") will be held on **August 11, 2022.** Due to the Covid pandemic Debtor's Counsel must initiate the pre-hearing conference by contacting the Trustee or his staff attorney **no later than 4:00 P. M.** on 08/10/2022.

Any objection to the TRCC not resolved or defaulted at the Trustee's pre-hearing conference will be heard by the Court on 08/11/2022 by Webex between 2:00 P.M. and 5:00 P.M..
Pursuant to Standing Order 2021-05, unless an objection is timely filed as to the treatment of any claim or modification, the claim or modification will be allowed or approved as described in the TRCC, and such treatment will be final and binding on all parties.

TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, FILED WITH THE COURT, AND A COPY SERVED ON ANY AFFECTED CREDITORS AND ON THE FOLLOWING PARTIES NO LATER THAN 07/03/2022.

Debtor:       JAMISHA MARIE DEWBERRY, 10911 WOODMEADOW PKWY #1203, DALLAS, TX 75228
Attorney:     ALLMAND LAW FIRM PLLC, 860 AIRPORT FREEWAY SUITE 401, HURST, TX 76054
Court:        CLERK'S OFFICE, US BANKRUPTCY COURT, 1100 COMMERCE ST., 12TH FLOOR, DALLAS, TEXAS, 75202
Trustee:      TRUSTEE'S OFFICE, 125 E. JOHN CARPENTER FREEWAY, SUITE #1100, IRVING, TEXAS 75062

By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

105 Decker Ct, Suite 1150 11th Floor, Irving, TX 75062

**Case # 21-32075-SGJ-13**                                                                                          Page 2
**JAMISHA MARIE DEWBERRY**
 **Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)**

---

### Certificate of Service

I hereby certify that a copy of the foregoing Notice of Hearing on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

Debtor:        Jamisha Marie Dewberry, 10911 Woodmeadow Pkwy #1203, Dallas, Tx  75228
Attorney:      Allmand Law Firm Pllc, 860 Airport Freeway Suite 401, Hurst, Tx  76054**
Creditor(s):   Aarons, 1015 Cobb Place Blvd Nw, Kennesaw, Ga  30144
               Ace Cash, 177 Q Street, Springfield, Or  97477
               Afterpay, Po Box 328, San Francisco, Ca  94104
               Allmand Law Firm Pllc, 860 Airport Freeway Suite 401, Hurst, Tx  76054**
               American Credit Acceptance, 961 E Main St, 2Nd Fl, Spartanburg, Sc  29302
               Attorney General Of Texas, 1600 Pacific, Ste 700, Dallas, Tx  75201**
               Attorney General Of Texas, Oag Csd Mail Code 38, Po Box 12017, Austin, Tx  78711-2017**
               Bank Of America, Po Box 982238, El Paso, Tx  79998**
               Bb & T, Po Box 2027, Greenville, Sc  29602
               Bestway Rental, 149 W Kingsley Rd  No 238, Garland, Tx  75041
               Bridge It Inc, 36 W 20Th Street, Floor 11, New York, Ny  10011-4241
               Capital One, Po Box 60519, City Of Industry, Ca  91716-0519
               Cash Net Usa, 175 W Jackson Ste 1000, Chicago, Il  60604
               Cash Store, 12350 Lake June Road, Balch Springs, Tx  75180
               Check N Go, 2427 Keist Blvd, Dallas, Tx  75233
               Chime, Po Box 417, San Francisco, Ca  94104-0417
               Conns Appliance Inc, Attn Officer Or Managing Agent, 3295 College St, Beaumont, Tx  77701-4611 ##
               Credit Systems International, Po Box 1088, Arlington, Tx  76004**
               Dave Banking For Humans, 1265 S Cochran Ave, Los Angeles, Ca  90019-2846
               Department Of Public Safety, Po Box 4087, Austin, Tx  78773
               Dept Of Education - Nelnet, Po Box 82561, Lincoln, Ne  68501**
               Direct Energy, Po Box 56648, Houston, Tx  77256 ##
               Earnin, Attn Legal, 200 Portage Ave, Palo Alto, Ca  94306-2242
               Enhanced Recovery Corp, Attention Client Services, 8014 Bayberry Rd, Jacksonville, Fl  32256**
               Esa Coll, Po Box 788, Winnsboro, Tx  75494
               Fig Loans, Attn Bankruptcy, 335 Madison Ave, Manhattan, Ny  10017-4611
               First Bank, 4110 W Kell Blvd, Wichita Falls, Tx  76309
               First National Bank Of Texas, Po Box 937, Killeen, Tx  76540
               Hampton Greens, 10911 Woodmeadow Parkway, Dallas, Tx  75228-8593
               Internal Revenue Service, Po Box 7317, Philadelphia, Pa  19101-7317**
               Internal Revenue Service, Po Box 7346, Philadelphia, Pa  19101-7346**
               Jeremy Dewberry, 1615 John West Road Apt 1333, Dallas, Tx  75228-5486
               Jpmorgan Chase Bank Na, Chase Record Ctr Correspondence Mail, Mail Code La4-5555, 700 Kansas Ln, Monroe, La  71203**
               Landmark Strategy Group Llc, Weinstein & Riley Ps, 2001 Western Ave, Ste 400, Seattle, Wa  98121
               Landmark Strategy Group Llc, Weinstein & Riley Ps, Po Box 3978, Seattle, Wa  98124-3978
               Linebarger Goggan Blair Et Al, 2777 N Stemmons Fwy Ste 1000, Dallas, Tx  75207-5207**
               Lvnv Funding Llc, Resurgent Capital Services, Po Box 10587, Greenville, Sc  29603**
               Mahrouq Enterprises International Inc, C O Peritus Portfolio Services Ii Llc, Po Box 141419, Irving, Tx  75014-1419
               Medical City Dallas Hospital, Resurgent Capital Services, Po Box 1927, Greenville, Sc  29602**
               Mesquite Water Utilities, Po Box 850287, Mesquite, Tx  75185
               Money Lion, Po Box 1547, Sandy, Ut  84091
               Navy Federal Credit Union, Po Box 3000, Merrifield, Va  22119-3000**
               North Texas Tollway Authority, 5900 West Plano Parkway, Plano, Tx  75093

Case # 21-32075-SGJ-13
JAMISHA MARIE DEWBERRY
 Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

Page 3

Perpay Inc, Attn Conor Horan, 2400 Market Street Suite 300, Philadelphia, Pa  19103-3033
Pls, 2821 Beltline Road, Irving, Tx  75062
Possible Financial Inc, Attn Vishakha Patel, 2231 First Ave Ste B, Seattle, Wa  98121-1614**
Power Finance, 6300 W Loop South Suite 555, Bellaire, Tx  77401
Progressive Leasing, 256 West Data Drive, Draper, Ut  84020
Purchasing Power, Po Box 455, Park Ridge, Il  60068
Ready Refresh, 215 6661 Dixie Hwy Suite 4, Louisville, Ky  40258-3950
Regional Acceptance Corporation, Bankruptcy Section 100-50-01-51, Po Box 1847, Wilson, Nc  27894-1847**
Reliant, Po Box 650475, Dallas, Tx  75265-0475
Rent A Center, 3050 S 1St St, Ste 208, Garland, Tx  75041
Snap Finance, 136 E South Temple Ste 2420, Salt Lake City, Ut  84111 ##
Sparkletts, Po Box 7126, Pasadena, Ca  91109-7126 ##
Spectrum, Time Warner Cable, Po Box 60074, City Of Industry, Ca  91716
Speedy Cash, 4726 Texoma Pkwy, Denison, Tx  75020-8101
Sprint, C O American Infosource, 4515 N Santa Fe Ave, Oklahoma City, Ok  73118-7901
State Comptroller, Revenue Accounting Div Bankrup, Po Box 13528, Austin, Tx  78711**
Stream Energy, Po Box 650026, Dallas, Tx  75265
T Mobile T Mobile Usa Inc, American Infosource Lp, 4515 N Santa Fe Ave, Oklahoma City, Ok  73118
T Mobile T Mobile Usa Inc, American Infosource Lp, Po Box 248848, Oklahoma City, Ok  73124-8848**
Texas Alcoholic Beverage Comm, Licenses And Permits Division, Po Box 13127, Austin, Tx  78711-3127**
Texas Employment Commission, Tec Building Bankruptcy, 101 E 15Th Street, Austin, Tx  78778**
Texas Health Physicians Group, Po Box 733509, Dallas, Tx  75373
Texas Health Resources, Attention Business Office, 500 E Border St Suite 131, Arlington, Tx  76010-7463
Texas Workforce Commission, Tec Building- Bankruptcy, 101 East 15Th St, Austin, Tx  78778**
The Biltmore Apartment Living, 6251 Melody Lane, Dallas, Tx  75231
The Vining At Central, 13447 N Us 75 Central Expy 1000, Dallas, Tx  75243
Thomas G Jones, Justice Of The Peace Pct 1 Pl 1, 8301 South Polk Street Suite 2100, Dallas, Tx  75232
Toyota Motor Credit Corporation, Po Box 9013, Addison, Tx  75001
Toyota Motor Credit Corporation, Po Box 9490, Cedar Rapids, Ia  52409
Txu Energy, Po Box 650700, Dallas, Tx  75265-0700**
Us Department Of Education, Co Nelnet, 121 S 13Th St, Lincoln, Ne  68508
Us Department Of Education, Co Nelnet, Po Box 2837, Portland, Or  97208
Verizon Wireless, Attn Bankruptcy, 500 Technology Dr Ste 599, Weldon Springs, Mo  63304-2225
Wells Fargo, P O Box 10437, Des Moines, Ia  50306-0437 ##
Wilcox Law Pllc, Po Box 201849, Arlington, Tx  76006**
Woodforest Bank, 2501 Lakeview Parkway, Rowlett, Tx  75088-3350
Zebit Inc, Attn Attn  Kerissa Hollis, 9530 Towne Centre Drive, Suite 200, San Diego, Ca  92121-1981

**Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

## Indicates address was identified by the USPS National Change of Address system as undeliverable and returned to the Trustees office. Notices will no longer be delivered to this address. The debtor's attorney or pro se debtor was advised that the specific notice was undeliverable.

Dated: 06/03/2022

By: /s/ Thomas D. Powers

Thomas D. Powers

Case # 21-32075-SGJ-13
JAMISHA MARIE DEWBERRY
 Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

Page 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

IN RE:                                                    Case No:  21-32075-SGJ-13
JAMISHA MARIE DEWBERRY
                    Debtor                                Hearing Date:  August 11, 2022

## Trustee's Recommendation Concerning Claims, Objection to Claims and
## Plan Modification (if required)

The Trustee hereby objects to the following claims for the reason(s) indicated, pursuant to Bankruptcy Rule 3007:

I.

## OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor. No Proof of Claim has been filed by them or on their behalf, as required by Fed. R. Bankr. P. 3002(a). The "bar date" for filing claims pursuant to Fed. R. Bankr. P. Rule 3002(c) has passed. Therefore, the claims should be DISALLOWED.

| T'ee # | Creditor's Name | Class | Sched Amount |
|---|---|---|---|
| 1 | AARONS | Unsecured | $2,000.00 |
| 2 | ACE CASH | Unsecured | $500.00 |
| 3 | AFTERPAY | Unsecured | $150.00 |
| 4 | AMERICAN CREDIT ACCEPTANCE | Unsecured | $10,000.00 |
| 7 | BB & T | Unsecured | $500.00 |
| 8 | BANK OF AMERICA | Unsecured | $0.00 |
| 9 | BESTWAY RENTAL | Unsecured | $2,000.00 |
| 10 | BRIDGE IT INC | Unsecured | $300.00 |
| 11 | CAPITAL ONE | Unsecured | $500.00 |
| 12 | CASH NET USA | Unsecured | $700.00 |
| 13 | CASH STORE | Unsecured | $500.00 |
| 14 | JPMORGAN CHASE BANK NA | Unsecured | $500.00 |
| 15 | CHECK N GO | Unsecured | $500.00 |
| 16 | CHIME | Unsecured | $200.00 |
| 17 | CONNS APPLIANCE INC | Unsecured | $500.00 |
| 18 | CREDIT SYSTEMS INTERNATIONAL | Unsecured | $1,731.00 |
| 19 | DAVE BANKING FOR HUMANS | Unsecured | $100.00 |
| 22 | DIRECT ENERGY | Unsecured | $400.00 |
| 23 | EARNIN | Unsecured | $500.00 |
| 24 | ENHANCED RECOVERY CORP | Unsecured | $4,143.00 |
| 25 | ESA COLL | Unsecured | $426.00 |
| 26 | FIRST BANK | Unsecured | $500.00 |
| 27 | FIG LOANS | Unsecured | $325.00 |

| 29 | HAMPTON GREENS | Secured | $0.00 |
| 32 | JEREMY DEWBERRY | Unsecured | $1,000.00 |
| 35 | MESQUITE WATER UTILITIES | Unsecured | $500.00 |
| 39 | PLS | Unsecured | $600.00 |
| 40 | PERPAY INC | Unsecured | $500.00 |
| 41 | POSSIBLE FINANCIAL INC | Unsecured | $189.00 |
| 42 | POWER FINANCE | Unsecured | $700.00 |
| 43 | PROGRESSIVE LEASING | Unsecured | $2,000.00 |
| 44 | PURCHASING POWER | Unsecured | $3,000.00 |
| 45 | READY REFRESH | Unsecured | $100.00 |
| 47 | RELIANT | Unsecured | $100.00 |
| 48 | RENT A CENTER | Secured | $653.42 |
| 49 | SNAP FINANCE | Unsecured | $2,000.00 |
| 50 | SPARKLETTS | Unsecured | $100.00 |
| 51 | SPECTRUM | Unsecured | $105.00 |
| 52 | SPEEDY CASH | Unsecured | $500.00 |
| 53 | SPRINT | Unsecured | $1,000.00 |
| 58 | STREAM ENERGY | Unsecured | $400.00 |
| 61 | TXU ENERGY | Unsecured | $602.00 |
| 62 | TEXAS HEALTH RESOURCES | Unsecured | $10,000.00 |
| 63 | THE BILTMORE APARTMENT LIVING | Unsecured | $3,000.00 |
| 64 | THE VINING AT CENTRAL | Unsecured | $1,500.00 |
| 66 | VERIZON WIRELESS | Unsecured | $949.00 |
| 67 | WELLS FARGO | Unsecured | $700.00 |
| 68 | WOODFOREST BANK | Unsecured | $500.00 |
| 69 | ZEBIT INC | Unsecured | $1,000.00 |
| 75 | CREDIT SYSTEMS INTERNATIONAL | Unsecured | $1,166.00 |
| 76 | CREDIT SYSTEMS INTERNATIONAL | Unsecured | $280.00 |
| 77 | CREDIT SYSTEMS INTERNATIONAL | Unsecured | $136.00 |
| 78 | HAMPTON GREENS | Secured | $3,327.33 |

## II.

## SPECIFIC OBJECTIONS

The Trustee hereby objects to the following claims, for the reason(s) indicated in Column 7. The claims should be ALLOWED/DISALLOWED as indicated in Column 4 for the amount and class indicated in Columns 5 and 6 respectively.

| Column I | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 |
|---|---|---|---|---|---|---|---|
| Pacer # | Creditor Name | Claim Amount | Allow/ Disallow | Amount | Class | Reason (See Below) | T'ee # |

*** NONE ***

### CODE: "REASON(S)" FOR CLAIM OBJECTION

*** NONE ***

**Case # 21-32075-SGJ-13**
**JAMISHA MARIE DEWBERRY**
 Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

Page 6

III.

**TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS**

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class listed below.

| T'ee Clm # | DSO Creditors | Comment | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Mortgage Arrears and Conduit Creditors | Collateral | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Secured 910 Creditors - No Cram Down | Collateral | Claim Amount | % | Paid By |
|---|---|---|---|---|---|
| 65 | TOYOTA MOTOR CREDIT CORPORATION | 19 MITSUBISHI OUTLANDER | $15,346.92 | 4.25 | Trustee |

| T'ee Clm # | Secured Creditors | Collateral | Claim Amount | Value | % | Paid By |
|---|---|---|---|---|---|---|
| | *** NONE *** | | | | | |

| T'ee Clm # | Secured Creditors - Surrendered | Collateral | Claim Amount | Value | Paid By |
|---|---|---|---|---|---|
| | *** NONE *** | | | | |

| T'ee Clm # | Secured Creditors - Paid Direct | Collateral | Claim Amount | Paid By |
|---|---|---|---|---|
| 6 | MAHROUQ ENTERPRISES INTERNATIONAL INC | 15 NISSAN ALTIMA | $9,117.23 | Direct by Debtor |

| T'ee Clm # | Priority Creditors | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| 30 | INTERNAL REVENUE SERVICE | TAXES | $15,477.80 | Trustee |

| T'ee Clm # | Unsecured - Special Class Creditors | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

| T'ee Clm # | Executory Contracts/ Unexpired Leases | Comment | Claim Amount | Paid By |
|---|---|---|---|---|
| | *** NONE *** | | | |

**Case # 21-32075-SGJ-13**      Page 7
**JAMISHA MARIE DEWBERRY**
 Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required)

| T'ee Clm # | Unsecured Creditors | Comment | Claim Amount |
|---|---|---|---|
| 28 | FIRST NATIONAL BANK OF TEXAS | FIRST CONVENIENCE BANK | $114.50 |
| 36 | MONEY LION | | $166.42 |
| 37 | NORTH TEXAS TOLLWAY AUTHORITY | NTTA | $2,824.61 |
| 38 | NAVY FEDERAL CREDIT UNION | | $520.00 |
| 46 | REGIONAL ACCEPTANCE CORPORATION | | $5,166.42 |
| 59 | T MOBILE T MOBILE USA INC | | $1,004.43 |
| 70 | US DEPARTMENT OF EDUCATION | STUDENT LOAN | $47,173.64 |
| 72 | NAVY FEDERAL CREDIT UNION | | $558.00 |
| 73 | MEDICAL CITY DALLAS HOSPITAL | | $321.40 |
| 74 | MEDICAL CITY DALLAS HOSPITAL | | $320.99 |
| 79 | INTERNAL REVENUE SERVICE | TAXES | $12,664.75 |
| 80 | INTERNAL REVENUE SERVICE | PENALTY | $9,218.77 |
| 81 | LVNV FUNDING LLC | SHERMAN ORIGINATOR/WEBBANK | $225.77 |
| 82 | LVNV FUNDING LLC | SHERMAN ORIGINATOR/GEMB | $654.87 |
| 84 | TEXAS HEALTH PHYSICIANS GROUP | | $2,897.33 |
| 86 | LANDMARK STRATEGY GROUP LLC | PURCHASING POWER | $6,550.33 |

**IV.**

## PLAN MODIFICATION, subject to feasibility

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2021-05, the Trustee requests the following Modification of the Debtor's Confirmed Plan, subject to feasibility, herein:

• No Modification Needed.

The total amount due under the plan as of 06/22/2022 is $6,750.00; payments to resume 07/22/2022, $950.00 X 2; $750.00 X 51

Plan Base is $46,900.00
Plan Term is 60

By: /s/ Thomas D. Powers

Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700

105 Decker Ct
Suite 1150 11th Floor
Irving, TX 75062
(214) 855-9200 / (214) 965-0757 (Fax)